ELECTRONICALLY FILED
Lonoke County Circuit Court
Deborah Oglesby, Circuit Clerk
2021-May-11 16:55:48
43CV-21-293
C23D03 : 10 Pages

# IN THE CIRCUIT COURT OF LONOKE COUNTY, ARKANSAS
## CIVIL DIVISION

**DENNIS KACKLEY**                                                                    **PLAINTIFF**

**VS.**                         **NO. 43CV-_____**

**AUTO-OWNERS INSURANCE COMPANY**                        **DEFENDANT**

## COMPLAINT

Comes now the plaintiff, by and through Counsel, and for his cause of actions against the defendant, states:

### JURISDICTION AND VENUE

1. The circuit court of Lonoke County, Arkansas, has jurisdiction of this case because the plaintiff is seeking damages against defendant in this civil proceeding, thereby giving this court jurisdiction under Article 7, Section 11 of the Constitution of Arkansas and Ark. Code Ann. § 16-13-201.

2. Venue is proper in Lonoke County, Arkansas pursuant to Ark. Code Ann. §23-79-204(a)(1).

### PARTIES

3. Plaintiff was an adult resident of Lonoke, Lonoke County, Arkansas, at the time of the actions described herein.

4. The defendant, Auto-Owners Insurance Company, is an insurance company registered to do business in the State of Arkansas and the registered agent for service is CT Corporation System, 124 West Capitol, Suite 1900, Little Rock, AR 72201.

### FACTUAL BACKGROUND AND ALLEGATIONS
### COMMON TO ALL COUNTS

5. Plaintiff purchased an automobile insurance policy from defendant for a 2013 Forest River Trailer, policy number 49-897-965-00 ("the Policy"). A copy of the policy declarations are attached hereto as Exhibit "A."

6. Plaintiff agreed to pay defendant a monetary premium and defendant agreed to guarantee plaintiff against loss as to the trailer due comprehensive damage and collision damage.

7. This agreement was both oral and written.

8. The travel trailer was a recreational trailer that was used by plaintiff for personal use.

9. On or about March 2019, a tire and wheel on the right side of the travel trailer failed, disabling the travel trailer. Due to the failure, the floor of the travel trailer was significantly damaged. Smith Wrecker provided towing services to remove the trailer from the roadway and deliver it to a repair shop.

10. The trailer was regularly used by plaintiff for family outings. The trailer has been unusable since the time of loss.

11. The policy was in full force and effect when the accidental damage occurred. Plaintiff paid all premiums owed to defendant.

12. Plaintiff provided all necessary information and submitted his claims as required by the Policy. Defendant failed to pay the full amount of benefits owed under the policy.

13. Defendant has offered plaintiff a certain sum to compensate for plaintiff's loss. However, the amount offered is insufficient to fully compensate plaintiff and is insufficient under the terms of the Policy.

14. Plaintiff seeks compensatory damages for the value of replacing the camper trailer with a new trailer of equal value under the terms of the Policy, and all damages under the terms of the Policy to the full extent permissible, including but not limited to loss of use. The applicable policy limit at the time of loss is fifty-one thousand dollars ($51,000).

## COUNT I
## BREACH OF CONTRACT

15. As a cause of action and ground for relief, plaintiff alleges the factual matters described in previous paragraphs of the complaint as part of this count.

16. Plaintiff owned the camper trailer and had the same insured against accidental damage pursuant to policy number 49-897-965-00 issued by defendant.

17. On or about March 2019, the Policy was in full force and effect.

18. Defendant has offered to compensate plaintiff for his loss

19. At the time of contracting with defendant and at the time of the loss described herein, plaintiff had an actual, lawful, and substantial economic interest in the safety and preservation of the camper trailer insured by the Policy.

20. Defendant's refusal to compensate plaintiff constitutes a breach of contract for which plaintiff is entitled to damages.

21. By refusing to replace the camper trailer with a new trailer of equal value, defendant has breached the implied covenant of good faith and fair dealings.

22. Plaintiff made a prima facie case for recovery of the loss to defendant, however defendant disputes the replacement cost of the trailer. Thus, plaintiff has initiated litigation to recover sums due and owed under the Policy. Such litigation entitles plaintiff to recovery of attorney's fees and costs pursuant to Ark. Code Ann. § 23-79-208 and Ark. Code Ann. § 16-22-308.

## COUNT II
## SPECIFIC PERFORMANCE

23. As a cause of action and ground for relief, plaintiff alleges the factual matters described in the previous paragraphs of the complaint as part of this count.

24. Defendant entered into the subject contract of insurance with plaintiff wherein it clearly and expressly agreed to provide insurance coverage for physical loss to property and loss of use caused by accident. Plaintiff paid defendant premiums in consideration for the agreed-upon coverage.

25. Plaintiff has suffered damage to the camper trailer covered by the Policy.

26. Plaintiff has performed his end of the bargain by timely paying premiums and is entitled to specific performance of the insurance contract.

## COUNT III
## UNJUST ENRICHMENT

27. As a cause of action and ground for relief, plaintiff alleges the factual matters described in the previous paragraphs of the complaint as part of this count.

28. This cause of action is expressly pled, in the alternative, to all contract-based claims. Despite obtaining substantial premiums from plaintiff, defendant has withheld the insurance proceeds owed to plaintiff for the damage to the property.

29. Defendant has been unjustly enriched at plaintiff's expense. Plaintiff is entitled to restitution and full disgorgement of defendant's enrichment, benefits, ill-gotten gains acquired as a result of wrongful conduct alleged in this complaint, including damages, but not limited to the repair or replacement cost value of the camper trailer, attorney's fees, court costs, loss of use, and disbursements and other damages as may be proven at trial.

## COUNT IV
## BAD FAITH

30. As a cause of action and ground for relief, plaintiff alleges the factual matters described in the previous paragraphs of the complaint as part of this count.

31. Pursuant to Ark. Code Ann. § 23-66-206(13), defendant breached its duty of good faith and fair dealing, as well as its affirmative duty to adjust claims fairly and promptly, and to make reasonable efforts to settle claims with plaintiff.

32. Plaintiff provided two quotes from local camper trailer dealers to defendant. These quotes assessed and outlined the replacement cost of a new camper trailer of equal value.

33. Upon the information available to defendant, defendant still refuses to fully compensate plaintiff within the terms of the Policy.

34. While liability is clear, defendant, after presentation of legitimate estimates of replacement cost, has yet to adjust its original settlement offer. Thus, defendant has not attempted in good faith to effectuate a prompt, fair, and equitable settlement of this matter.

35. Defendant's failures were willful and/or intentional, arbitrary and capricious so that plaintiff is entitled to an award of penalties, attorney's fees, compensatory damages, punitive damages, and costs.

## DAMAGES

36. Plaintiff is entitled to compensatory damages, including, but not limited to, the replacement cost of the camper trailer. Plaintiff further seeks prejudgment interest and loss of use damages.

37. Plaintiff is entitled to compensatory damage, punitive damages, prejudgment interest, a twelve percent (12%) penalty, attorneys fees, sales tax, and costs for bringing this action.

## JURY DEMAND

38. Plaintiff demands a jury trial on all factual issues.

WHEREFORE, the plaintiff prays for judgment against defendant, in an amount not exceeding $75,000, exclusive of interest and costs, to be determined at trial, and for his costs and all other proper relief.

Respectfully submitted,

\_\_/s/ Robby Golden_____
Robby Golden AR Bar No. 2003134
3700 Cantrell Road, Suite 102
Little Rock, AR 72202
(501) 372-8600

ATTORNEY FOR PLAINTIFF

# Auto-Owners

Page 1

99972 (1-14)
Issued   05-07-2018
Policyholder since 2014

INSURANCE COMPANY
6101 ANACAPRI BLVD., LANSING, MI 48917-3999

**AUTOMOBILE POLICY DECLARATIONS**
**A+ PROGRAM**

| AGENCY | CABOT INSURANCE GROUP INC | | | Endorsement Effective | 06-08-2018 |
|---|---|---|---|---|---|
| | 24-0106-00 | MKT TERR 101 | (501) 941-7100 | **POLICY NUMBER** | **49-897-965-00** |

INSURED   DENNIS KACKLEY

Company Use   70-06-AR-1406

ADDRESS   2154 SANDHILL RD

LONOKE  AR  72086-8130

Company Bill

**POLICY TERM**
12:01 a.m.   to   12:01 a.m.
06-08-2018        06-08-2019

This policy is amended in consideration of the additional or return premium shown below. This Declarations voids and replaces all previously issued Declarations bearing the same policy number and premium term.

| | TERM | ALL ITEMS |
|---|---|---|
| TOTAL POLICY PREMIUM | $2,219.59 | $982.96 |
| (THIS IS NOT A BILL) | | Additional |

| DESCRIPTION OF ITEM INSURED | TERRITORY |
|---|---|
| Accidental Death Benefit Endorsement | 010  Lonoke County, AR |

| COVERAGES | LIMITS | PREMIUM | CHANGE |
|---|---|---|---|
| Accidental Death Benefit | $10,000 per eligible person | Included | |
| | TOTAL | Included | |

Additional Forms For This Item:    99429  (06-15)

130

| 1.  2012 GMC  YUKON SLE       VIN: 1GKS1AE01CR139837       Endorsement | | 010  Lonoke County, AR | |
|---|---|---|---|
| **COVERAGES** | **LIMITS** | **PREMIUM** | **CHANGE** |
| Bodily Injury | $ 50,000 person/$ 100,000 occurrence | $247.16 | |
| Property Damage | $ 50,000 occurrence | 248.54 | |
| Uninsured Motorist | $ 50,000 person/$ 100,000 occurrence | 37.51 | |
| Underinsured Motorist | $ 50,000 person/$ 100,000 occurrence | 42.42 | |
| Uninsured Motorist PD | $ 50,000 occurrence - $ 200 deductible | 46.35 | |
| Medical and Hospital Benefits | $  5,000 each person | 45.14 | |
| Income Disability | $ 140 a week if employed/ | | |
| | $ 70 a week if unemployed | 3.67 | |
| Comprehensive | A.C.V. - $ 500 deductible | 217.60 | |
| Collision | A.C.V. - $ 500 deductible | 303.98 | |
| Road Trouble Service | $    75 occurrence | 12.64 | |
| Additional Expense | $ 30 per day/$ 900 each occurrence | 31.62 | |
| | TOTAL | $1,236.63 | |
| | | | No Charge |

Interested Parties:
  Lienholder: GATEWAY ONE LENDING, PO BOX 1013, ATWOOD, CA 92811-1013

Additional Forms For This Item:    79299 (03-99)   79536 (07-94)   79921 (05-01)   79939 (01-12)   99429 (06-15)   99348 (08-14)
  99349 (08-14)   89750 (09-10)   89023 (07-06)   89024 (07-06)   89384 (10-13)   69434 (12-15)

ITEM DETAILS: Automobile driven for pleasure/commute 0-3 use by a 57 year old operator.
Cost Symbol:  19-1D-04-FD-62.
Single Car Discount applies.
Household Composition Rating applies.
10% Anti-Theft Device Discount applies.
5% ABS Discount applies.
35% Air Bag Discount applies.
Garaging Address: 2154 SANDHILL RD, LONOKE, AR 72086-8130
Rate Effective Date 10-10-2017

130

# EXHIBIT "A"

| | | Page 2 | | 99972 (1-14) |
|---|---|---|---|---|
| AUTO-OWNERS INS. CO. | | | Issued | 05-07-2018 |
| AGENCY | CABOT INSURANCE GROUP INC | Company | POLICY NUMBER | 49-897-965-00 |
| | 24-0106-00    MKT TERR 101 | Bill | Company Use | 70-06-AR-1406 |
| INSURED | DENNIS KACKLEY | | Term 06-08-2018 to | 06-08-2019 |

| DESCRIPTION OF ITEM INSURED | TERRITORY |
|---|---|
| 2. 2013 FOREST RIVER TRAILER<br>VIN: 4X4FCTS35DY204997<br>Item Added | 010        SPL<br>Lonoke County, AR |

| COVERAGES | LIMITS | PREMIUM | CHANGE |
|---|---|---|---|
| Comprehensive | ACV not to exceed $ 51,000 (SA)<br>$ 500 ded | $789.12 | $789.12 |
| Collision | ACV not to exceed $ 51,000 (SA)<br>$ 500 ded | 193.84 | 193.84 |
| | TOTAL | $982.96 | $982.96<br>Additional |

Interested Parties:
  Lienholder: BANK OF THE WEST, PO BOX 8160, WALNUT CREEK, CA 94596-8160

Additional Forms For This Item:    79530 (04-10)    79939 (01-12)    89023 (07-06)    89024 (07-06)    89384 (10-13)    69434 (12-15)

Stated Amount (SA) - See Important Notice 79177 (07-06).
Garaging Address: 2154 SANDHILL RD, LONOKE, AR 72086-8130
Rate Effective Date 10-10-2017
Camper Body

130

| | TERM | ALL ITEMS |
|---|---|---|
| TOTAL POLICY PREMIUM | $2,219.59 | $982.96 |
| (THIS IS NOT A BILL) | | Additional |

Your policy qualifies for the Paid In Full Discount if you choose to pay your premium in full. The Paid In Full Discount amount may change as a result of policy changes. These changes will be reflected in a future invoice.

Forms That Apply To All Items:    69405 (01-16)    79001 (03-99)    89125 (11-14)    89772 (07-07)    89787 (07-05)    89809 (11-16)
   69396 (09-15)    89058 (04-07)    89432 (04-09)    89449 (04-10)

Policy Rate Code 0001
Premium assumes no youthful operator(s).
Insurance Score: X746
Homeowner Discount applies.

---

### Rated Driver List

Listed below are drivers currently rated on this policy

---

**KACKLEY, DENNIS    Age 52**

**KACKLEY, YVONNE    Age 57**

**KACKLEY, JONATHAN    Age 34**

EXHIBIT "A"

Agency Code   24-0106-00                                                                                              Policy Number   49-897-965-00

79530 (4-10)

# VACATION TRAILER / CAMPER BODY ENDORSEMENT
## Automobile Policy

It is agreed:

1. **DEFINITION**

   **Your vacation trailer** means the vacation **trailer** described in the Declarations.

   **Your camper body** means the camper body described in the Declarations.

   **Trailer** as defined in **SECTION I - DEFINITIONS** of the policy also means **your vacation trailer** or **your camper body** described in the Declarations and their **contents**.

   a. **Your vacation trailer** or **your camper body** includes:
      (1) parts, **equipment** and accessories;
          (a) which were originally built into; and
          (b) form a permanent part of its structure; and
      (2) awnings, shelters, cabanas, porches and air conditioners:
          (a) attached to; or
          (b) being transported in; and
          (c) used in connection with;
          **your vacation trailer** or **your camper body**.
   b. **Contents** means **your** personal property or personal property of a member of **your** household:
      (1) while contained in **your vacation trailer** or **your camper body**; or
      (2) while located within 25 feet of **your vacation trailer** or **your camper body**; however this personal property is not covered for loss or damage caused by:
          (a) windstorm or hail;
          (b) theft, larceny, robbery, pilferage or attempts at any of these; or
          (c) vandalism or malicious mischief.
      **Contents** does not include:
      (1) money;
      (2) merchandise for sale or exhibition; or
      (3) property used in a business, trade or profession.

2. **SPECIAL LIMIT OF LIABILITY - CONTENTS**

   **Our** limit of liability for **contents** shall not exceed 10% of the amount of insurance stated in the Declarations for **your vacation trailer** or **your camper body** unless an additional amount is stated in the Declarations for **contents**. The limit of liability applying to **contents** is a separate amount of insurance.

3. **COVERAGE EXTENSIONS**

   **We** will also provide:

   a. **Vacation Expense Allowance**
      (1) **We** will reimburse **you** up to $100 per day with a $700 total limit for each occurrence in which **your vacation trailer** or **your camper body** is uninhabitable following loss or damage covered by this policy provided **your vacation trailer** or **your camper body** is being used for vacation purposes when the loss or damage occurs. **You** must submit proper receipts for any expenses which will be reimbursed.
      (2) The Vacation Expense Allowance does not apply to loss or damage that occurs while **your vacation trailer** or **your camper body** is rented to others.
      (3) This insurance shall be primary over any other valid and collectible insurance provided by **us**.
   b. **Road Trouble Service**
      **We** will reimburse **you** for:
      (1) towing **your vacation trailer** to the nearest repair facility; and
      (2) labor costs
      required by the disablement of **your vacation trailer**. The labor must be performed at the place of the emergency. **We** shall not be liable for more than the Limit of Liability stated in the Declarations for Road Trouble Service under this policy in any one emergency involving **your vacation trailer**.

79530 (4-10)                                                                                                                                   Page 1 of 2


EXHIBIT "A"

Agency Code   24-0106-00                                                                   Policy Number   49-897-965-00

**4. EXCLUSIONS**

The following exclusions apply in addition to those contained in **SECTION III - DAMAGE TO YOUR AUTOMOBILE** of the policy.

a. Comprehensive Coverage and Collision Coverages do not apply to:
   (1) loss caused solely by the impact of **your vacation trailer** wheels with the road or surface upon which **your vacation trailer** is being transported unless the impact results in upset of the **trailer**.
   (2) loss to **contents** consisting of breakage of eyeglasses, glassware, statuary, marbles, bric-a-brac, porcelains and similar fragile articles, unless such loss is coincident with and from the same cause as other loss covered by this endorsement.
   (3) loss to property otherwise covered by insurance.

b. Comprehensive Coverage does not apply to the first $50 of loss to **contents** when the loss is caused by theft.

**5. LIMITS OF LIABILITY**

Under **SECTION III - DAMAGE TO YOUR AUTOMOBILE, 4. LIMITS OF LIABILITY, b.** is deleted and replaced with the following:

b. **We** will, at **our** option, replace **your vacation trailer** or **your camper body** with a new one of equal value or pay **you your** original purchase price if:
   (1) **you** purchased it new;
   (2) **we** determine the loss or damage can not be repaired; and
   (3) the loss of damage occurs within 90 days of the purchase date.

All other policy terms and conditions apply.

**EXHIBIT "A"**