UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DENNIS KACKLEY                                                                                          PLAINTIFF

V.                                    No. 4:21-CV-811-KGB

AUTO-OWNERS INSURANCE COMPANY                                                      DEFENDANT

## ORDER

The parties' request for a settlement conference was referred to me on July 18, 2022. *Doc. 22.* The Court has since been informed that the parties have reached a settlement agreement, and the scheduling of a settlement conference is unnecessary.

DATED this 26th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE