IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DENNIS KACKLEY**                                                                                   **PLAINTIFF**

v.                              Case No. 4:21-cv-00811 KGB

**AUTO-OWNERS**
**INSURANCE COMPANY**                                                                  **DEFENDANT**

## ORDER

Before the Court is plaintiff Dennis Kackley and defendant Auto-Owners Insurance Company's ("AOIC") joint stipulation of dismissal with prejudice (Dkt. No. 25). The motion accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the parties' joint stipulation of dismissal with prejudice (Dkt. No. 25). The Court denies as moot defendant AOIC's motion for summary judgment (Dkt. No.13).

It is so ordered this 12th day of August, 2022.

Kristine G. Baker
United States District Judge